IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-2174 (BNB)

MARK BANNON,

      Plaintiff(s),

v.

ELECTRONIC DATA SYSTEMS CORPORATION,

      Defendant(s).
_____

### ORDER OF DISMISSAL
_____

The parties have filed a Stipulated Motion to Dismiss on July 19, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulated Motion to Dismiss is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  July 19, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge